The CoxtRt,
at October term, 1834, at Alexandria, rendered judgment for the plaintiff; after considering the following cases and authorities, viz.: Goddard v. Davis, in this Court, at Alexandria, July term, 1801 (1 Cranch, C. C. 33); Rutter v. Merchant, at the same term (Id. 36); McKnight v. Ramsay, at Alexandria, October, 1801 (Id. 40); Ridgway v. Pancost, at Alexandria, April, 1802 (Id. 88); Curry v. Fletcher, at Washington, December, 1802 (Id. 113); Beale v. Voss, at Washington, July term, 1804 (Id. 179); the Maryland Act of 1729, c. 20, § 5; the British statute of 2 Geo. c. 22, § 13; the Maryland Acts of 1785, c. 4, § 7; 1785, c. 87, § 2; 1791, c. 68, § 9; Hays v. Bell and Wray, at Alexandria, July, 1807 (1 Cranch, C. C. 440); McLaughlin v. Stelle, at Washington, June, 1808 (Id. 483); Smith v. Queen, at Washington, June, 1808 (Id. 483); Bryan v. Davis, at Washington, June 1810; Skinner v. Caffrey, at Washington, December, 1819 (2 Id. 193); Casanove v. Darrell and Groverman, at Alexandria, November, 1823 (Id. 444); Hooe v. Rees, at Alexandria, May, 1824; Burton v. Varnum, at Washington, December, 1824 (Id. 524); Davidson v. Burr, at Washington, December, 1824 (Id. 515); Pitts v. Carpenter, 2 Str. 1191.